```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 04994
    ALMA J MATTHEWS LESURE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3588

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/04/2006 and was confirmed 08/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   70.00%.

     The case was dismissed after confirmation 09/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED                 .00           .00            .00
ASSET ACQUISITIONS        UNSECURED       NOT FILED             .00            .00
AT & T WIRELESS           UNSECURED       NOT FILED             .00            .00
CAPITAL ONE               UNSECURED           685.22            .00         423.50
CENTURION CAPITAL CORPOR  UNSECURED       NOT FILED             .00            .00
AT & T WIRELESS           UNSECURED       NOT FILED             .00            .00
COMCAST                   UNSECURED       NOT FILED             .00            .00
FCO                       UNSECURED       NOT FILED             .00            .00
FINGERHUT                 UNSECURED       NOT FILED             .00            .00
FIRST NATIONAL BANK OF M  UNSECURED       NOT FILED             .00            .00
FOREST PLACE APARTMENTS   UNSECURED       NOT FILED             .00            .00
GLOBAL PAYMENTS           UNSECURED       NOT FILED             .00            .00
GSAC                      UNSECURED         11285.36            .00        6974.87
PREMIUM ASSET RECOVERY C  UNSECURED            50.00            .00          18.21
ROUNDUP FUNDING LLC       UNSECURED           420.72            .00         249.31
MERRICK BANK              UNSECURED          1110.96            .00         686.63
SALLIE MAE LSCF           UNSECURED              .00            .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00            .00
SIR FINANCE               UNSECURED          1224.00            .00         756.49
SPIEGEL                   UNSECURED       NOT FILED             .00            .00
TRIBUTE GOLD MASTERCARD   UNSECURED           558.57            .00         331.03
CAPITAL ONE               UNSECURED              .00            .00            .00
STATE FARM INSURANCE      UNSECURED       NOT FILED             .00            .00
FELD & KORRUB LLC         DEBTOR ATTY       2,085.00                       2,085.00
TOM VAUGHN                TRUSTEE                                            765.08
DEBTOR REFUND             REFUND                                             464.88

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              12,755.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 04994 ALMA J MATTHEWS LESURE
```

```
PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                     9,440.04
ADMINISTRATIVE                                                2,085.00
TRUSTEE COMPENSATION                                            765.08
DEBTOR REFUND                                                   464.88
                                    ---------------      ---------------
TOTALS                                    12,755.00            12,755.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
   Dated: 12/22/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```